IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 15-589

JEFFREY SIMS :

## ORDER

AND NOW, this 5th day of December 2016, upon consideration of the motion of the government to dismiss Counts Two and Three of the Indictment, it is hereby ORDERED that Counts Two and Three are Dismissed.

BY THE COURT:

**/s/ Legrome D. Davis**

HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*